# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHAN GREENBERG, CHRISTOPHER GALE, ROBERT GIZA, and MICHAEL TURRIZIANI, | : : : : : |
| Plaintiffs, | : : |
| v. | : : |
| JOHNSON CONTROLS, INC., | : : |
| Defendant. | : : |

Civil Action

No. 24-cv-2521-JMY

## ORDER

AND NOW, this 25th day of September, 2024, upon consideration of Defendant's Motion to Dismiss (ECF No. 9), it is hereby **ORDERED** that said Motion is **GRANTED in PART** and **DENIED in PART** as follows:

1. Defendant's Motion is **DENIED** as it pertains to Count I (Breach of Contract) of Plaintiff's Complaint; and

2. Defendant's Motion is **GRANTED** with prejudice as it pertains to Count II (promissory estoppel) and Count III (unjust enrichment) of Plaintiff's Complaint.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**