# Exhibit A

## Heidi  Sharp

| | |
|---|---|
| **From:** | Lee, Brian D. <brian.lee@ogletree.com> |
| **Sent:** | Friday, February 21, 2025 2:09 PM |
| **To:** | Heidi  Sharp; Tankle, Lee E. |
| **Cc:** | Peter Camps |
| **Subject:** | RE: Greenberg v. Johnson Controls, Inc.  24cv2521 [ODNSS-OGL.044896.001154] |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Heidi:  We plan to send a written response to your deficiency letter next week.  We will be providing some additional documentation at that time, but there still may be some outstanding items being gathered.  Also, we will have some continuing objections.  In order to ensure we have been able to address everything, how does the March 31 to April 10 look for plaintiffs' depositions?  Then, we could do Ms. Ewing's deposition after I return from vacation on April 28th.  That will still give us about three months to complete the rest of discovery.  Please let us know your thoughts.

**Brian D. Lee | Ogletree Deakins**
10 Madison Avenue, Suite 400 | Morristown, NJ 07960 | Telephone: 973-630-2306
brian.lee@ogletree.com | www.ogletree.com | Bio

**From:** Lee, Brian D.
**Sent:** Tuesday, February 18, 2025 10:20 AM
**To:** Heidi Sharp <heidi@sharpfirmlaw.com>; Tankle, Lee E. <lee.tankle@ogletreedeakins.com>
**Cc:** Peter Camps <peter@sharpfirmlaw.com>
**Subject:** RE: Greenberg v. Johnson Controls, Inc. 24cv2521 [ODNSS-OGL.044896.001154]

Heidi:  I returned from vacation last night ☹.  Will have proposed dates and update on discovery status this week.  I'm just seeing if a labor arbitration I have scheduled in mid-March is resolving or getting adjourned.

**Brian D. Lee | Ogletree Deakins**
10 Madison Avenue, Suite 400 | Morristown, NJ 07960 | Telephone: 973-630-2306
brian.lee@ogletree.com | www.ogletree.com | Bio

**From:** Heidi Sharp <heidi@sharpfirmlaw.com>
**Sent:** Tuesday, February 11, 2025 7:43 AM
**To:** Tankle, Lee E. <lee.tankle@ogletreedeakins.com>; Lee, Brian D. <Brian.Lee@ogletreedeakins.com>
**Cc:** Peter Camps <peter@sharpfirmlaw.com>
**Subject:** RE: Greenberg v. Johnson Controls, Inc. 24cv2521 [ODNSS-OGL.044896.001154]

*[Caution: Email received from external source]*

Gentlemen:

1

My kids have Spring Break the week of March 24 so I cannot plan depositions that week due to travel.

The remainder of the dates between the time frame you suggested and generally available or depending on your availability I can work to accommodate them in my schedule.

**Heidi T. Sharp**



**The Sharp Firm**
43260 Garfield, Suite 280
Clinton Twp., MI 48038
*(586) 226-2627*
*(586) 226-2630 - fax*
Heidi@sharpfirmlaw.com
www.sharpfirmlaw.com

**From:** Tankle, Lee E. <lee.tankle@ogletree.com>
**Sent:** Monday, February 10, 2025 10:36 PM
**To:** Heidi Sharp <heidi@sharpfirmlaw.com>; Lee, Brian D. <Brian.Lee@ogletreedeakins.com>
**Subject:** RE: Greenberg v. Johnson Controls, Inc. 24cv2521 [ODNSS-OGL.044896.001154]

Heidi:

Thank you for your patience. We are still gathering some information that will allow us to give you a more accurate answer to when we expect to respond to your deficiency letter and serve supplemental documents. In the meantime, we believe we will be in a position to depose Plaintiffs in mid to late March and you would take Blake Ewing's deposition in late March or early April. So that we can start to get some dates locked in, are there any dates between March 17 and April 10 that do not work for you for a deposition?

We will follow up on the documents shortly.

Lee

**Lee E. Tankle | Ogletree Deakins**
1735 Market Street, Suite 3000 | Philadelphia, PA 19103 | Telephone: 215-995-2831 | Mobile: 215-264-1322
lee.tankle@ogletree.com | www.ogletree.com | Bio

**From:** Heidi Sharp <heidi@sharpfirmlaw.com>
**Sent:** Monday, February 10, 2025 5:20 PM
**To:** Lee, Brian D. <Brian.Lee@ogletreedeakins.com>; Tankle, Lee E. <lee.tankle@ogletreedeakins.com>
**Subject:** RE: Greenberg v. Johnson Controls, Inc. 24cv2521 [ODNSS-OGL.044896.001154]

*[Caution: Email received from external source]*

Just reaching out because today is Monday and I haven't heard anything back. As we discussed, I don't want these dates to get off track and want to get them calendared ASAP.

---

**From:** Lee, Brian D. <brian.lee@ogletree.com>
**Sent:** Wednesday, February 5, 2025 12:02 PM
**To:** Heidi Sharp <heidi@sharpfirmlaw.com>; Tankle, Lee E. <lee.tankle@ogletreedeakins.com>
**Subject:** RE: Greenberg v. Johnson Controls, Inc. 24cv2521 [ODNSS-OGL.044896.001154]

Will do Heidi.  Still working through documents and objections with our client.  We will update you by Monday o where things stand.  Thanks.

**Brian D. Lee | Ogletree Deakins**
10 Madison Avenue, Suite 400 | Morristown, NJ 07960 | Telephone: 973-630-2306
brian.lee@ogletree.com | www.ogletree.com | Bio

---

**From:** Heidi Sharp <heidi@sharpfirmlaw.com>
**Sent:** Tuesday, February 4, 2025 10:24 AM
**To:** Tankle, Lee E. <lee.tankle@ogletreedeakins.com>; Lee, Brian D. <Brian.Lee@ogletreedeakins.com>
**Subject:** RE: Greenberg v. Johnson Controls, Inc. 24cv2521

*[Caution: Email received from external source]*

---

Thanks, Lee.

Can you please tell me when you expect to serve the supplemental documents. From that date, we can use to begin determining available dates for the depositions.

Heidi T. Sharp



**The Sharp Firm**
43260 Garfield, Suite 280
Clinton Twp., MI 48038
*(586) 226-2627*
*(586) 226-2630 - fax*
Heidi@sharpfirmlaw.com
www.sharpfirmlaw.com

---

**From:** Tankle, Lee E. <lee.tankle@ogletree.com>
**Sent:** Monday, February 3, 2025 11:55 AM
**To:** Heidi Sharp <heidi@sharpfirmlaw.com>; Lee, Brian D. <Brian.Lee@ogletreedeakins.com>
**Subject:** RE: Greenberg v. Johnson Controls, Inc. 24cv2521

3

Heidi:

We are still following up on a few items and will follow up with you soon.

Lee


**Lee E. Tankle | Ogletree Deakins**
1735 Market Street, Suite 3000 | Philadelphia, PA 19103 | Telephone: 215-995-2831 | Mobile: 215-264-1322
lee.tankle@ogletree.com | www.ogletree.com | Bio

---

**From:** Heidi Sharp <heidi@sharpfirmlaw.com>
**Sent:** Monday, February 3, 2025 11:53 AM
**To:** Tankle, Lee E. <lee.tankle@ogletreedeakins.com>; Lee, Brian D. <Brian.Lee@ogletreedeakins.com>
**Subject:** RE: Greenberg v. Johnson Controls, Inc. 24cv2521

*[Caution: Email received from external source]*

---

Gentlemen:

Following up on the below.

When can I expect your supplemental discovery responses, responsive to my deficiency letter?

Also, please provide proposed dates for the Plaintiffs' depositions and Ms. Ewing's availability.


Heidi T. Sharp



The Sharp Firm
43260 Garfield, Suite 280
Clinton Twp., MI 48038
(586) 226-2627
(586) 226-2630 - fax
Heidi@sharpfirmlaw.com
www.sharpfirmlaw.com


---

**From:** Heidi Sharp <heidi@sharpfirmlaw.com>
**Sent:** Saturday, January 25, 2025 9:33 AM
**To:** Tankle, Lee E. <lee.tankle@ogletree.com>; Lee, Brian D. <Brian.Lee@ogletreedeakins.com>
**Cc:** Peter Camps <peter@sharpfirmlaw.com>
**Subject:** RE: Greenberg v. Johnson Controls, Inc. 24cv2521

Thank you.

**From:** Tankle, Lee E. <lee.tankle@ogletree.com>
**Sent:** Friday, January 24, 2025 10:38 AM
**To:** Lee, Brian D. <Brian.Lee@ogletreedeakins.com>; Heidi Sharp <heidi@sharpfirmlaw.com>
**Cc:** Peter Camps <peter@sharpfirmlaw.com>
**Subject:** RE: Greenberg v. Johnson Controls, Inc. 24cv2521

And just to avoid any doubt, confirming that Plaintiffs' depositions WILL NOT take place on January 30 and 31. We will be in touch next week to discuss re-scheduling Plaintiffs and Blake Ewing.


**Lee E. Tankle | Ogletree Deakins**
1735 Market Street, Suite 3000 | Philadelphia, PA 19103 | Telephone: 215-995-2831 | Mobile: 215-264-1322
lee.tankle@ogletree.com | www.ogletree.com | Bio


**From:** Lee, Brian D. <Brian.Lee@ogletreedeakins.com>
**Sent:** Friday, January 24, 2025 10:04 AM
**To:** Heidi Sharp <heidi@sharpfirmlaw.com>
**Cc:** Tankle, Lee E. <lee.tankle@ogletreedeakins.com>; Peter Camps <peter@sharpfirmlaw.com>; Tankle, Lee E. <lee.tankle@ogletreedeakins.com>
**Subject:** Re: Greenberg v. Johnson Controls, Inc. 24cv2521

Ok Heidi. Lee and I will be back in touch next week on rescheduling depositions.
Sent from my iPhone


On Jan 24, 2025, at 9:47 AM, Heidi Sharp <heidi@sharpfirmlaw.com> wrote:


**[Caution: Email received from external source]**


Brian and Lee:

Based upon today's conference can you please confirm you will not be proceeding with the Plaintiff's depositions in this matter as previously scheduled for next week.

Further, if they can be reset for a date in February, I would still be amenable to that. I would also like to set a date in March for Ms. Ewing's deposition at our earliest convenience knowing that it will take more advanced planning.

Brian, I know you will be traveling today and don't expect a response now but would like to continue our discussions on scheduling as soon as you are able.

Heidi


Heidi T. Sharp

<image003.png>

5

**The Sharp Firm**
43260 Garfield, Suite 280
Clinton Twp., MI 48038
*(586) 226-2627*
*(586) 226-2630 - fax*
Heidi@sharpfirmlaw.com
www.sharpfirmlaw.com

**From:** Lee, Brian D. <brian.lee@ogletree.com>
**Sent:** Tuesday, January 21, 2025 1:11 PM
**To:** Heidi Sharp <heidi@sharpfirmlaw.com>; Karen Copestick <Karen_Copestick@paed.uscourts.gov>; lkerr@westpalawyers.com; Tankle, Lee E. <lee.tankle@ogletreedeakins.com>
**Subject:** RE: Greenberg v. Johnson Controls, Inc. 24cv2521

Ms. Copestick:  Friday works for Mr. Tankle and me on the defense side.  Just one caveat:  I have a flight out of Newark a little before noon, so I will just need to be on the road around 9:30.  I assume that will not be an issue.  Thank you for your consideration, and we look forward to working with you and Judge Weilheimer.

**Brian D. Lee | Ogletree Deakins**
10 Madison Avenue, Suite 400 | Morristown, NJ 07960 | Telephone: 973-630-2306
brian.lee@ogletree.com | www.ogletree.com | Bio

**From:** Heidi Sharp <heidi@sharpfirmlaw.com>
**Sent:** Tuesday, January 21, 2025 11:02 AM
**To:** Karen Copestick <Karen_Copestick@paed.uscourts.gov>; lkerr@westpalawyers.com; Lee, Brian D. <Brian.Lee@ogletreedeakins.com>; Tankle, Lee E. <lee.tankle@ogletreedeakins.com>
**Subject:** RE: Greenberg v. Johnson Controls, Inc. 24cv2521

*[Caution: Email received from external source]*

Ms. Copestick:

Plaintiffs' counsel is available on Friday, January 24 at 9 am

**Heidi T. Sharp**

<image004.png>

**The Sharp Firm**
43260 Garfield, Suite 280
Clinton Twp., MI 48038
*(586) 226-2627*
*(586) 226-2630 - fax*
Heidi@sharpfirmlaw.com
www.sharpfirmlaw.com

6

**From:** Karen Copestick <Karen_Copestick@paed.uscourts.gov>
**Sent:** Tuesday, January 21, 2025 10:59 AM
**To:** Heidi Sharp <heidi@sharpfirmlaw.com>; lkerr@westpalawyers.com; brian.lee_ogletreedeakins.com <Brian.lee@ogletreedeakins.com>; lee.tankle@ogletree.com
**Subject:** Greenberg v. Johnson Controls, Inc. 24cv2521

 **IRONSCALES couldn't recognize this email as this is the first time you received an email from this sender Karen_Copestick@paed.uscourts.gov**

You don't often get email from karen_copestick@paed.uscourts.gov. Learn why this is important

Counsel,

Judge Weilheimer would like me to schedule a brief zoom status conference in the above matter. Please let me know your availability for the following:

Jan 22 at 11:00 a.m.

Jan 24 at 9:00 a.m.

<image005.jpg>   Karen Copestick
Judicial Assistant to the Honorable Gail Weilheimer
United States District Court – EDPA
601 Market Street, Room 7614
Philadelphia, PA  19106
Karen_Copestick@paed.uscourts.gov
267-299-7854 (chambers)

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*