# Exhibit C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JONATHAN GREENBERG, CHRISTOPHER GALE, ROBERT GIZA and MICHAEL TURRIZIANI,

*Plaintiffs,*

v.

JOHNSON CONTROLS, INC.,

*Defendant.*

Case No: 24-2521-JMY
Hon. John Milton Younge

### NOTICE OF TAKING DEPOSITION OF BLAKE EWING

TO:   Lee E. Tankle: lee.tankle@ogletree.com
       Brian D. Lee: brian.lee@ogletree.com

PLEASE TAKE NOTICE that on **Friday, May 2, 2025 at 9:30 a.m.,** Plaintiffs, through their attorneys, THE SHARP FIRM, PLLC, will take the testimony of **Blake Ewing**, upon oral examination, before a Notary Public.  The deposition will take place at the offices of **Ogletree Deakins, 1243 N. 10th Street, Suite 200, Milwaukee, WI 53205**.  Said deposition is to be taken in accordance with all applicable rules.  This deposition will also be taken before a stenographer qualified to deliver the oath.

You are invited to attend and cross-examine the witness.

Dated: March 6, 2025

Respectfully submitted,

THE SHARP FIRM, PLLC

By: Heidi T. Sharp (P69641)
Attorney for Plaintiffs
43260 Garfield, Suite 280
Clinton Township, MI 48038
(586) 226-2627
heidi@sharpfirmlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing *Notice of Taking Deposition of Blake Ewing* was served upon all parties/attorneys of record in the above captioned matter on March 6, 2025 by:

_____E-Filing                     _x_U.S. Mail
_x_ E-Mail                       _____Hand Delivery

*Tara Adams*
Tara Adams

2