# Exhibit D

*[Caution: Email received from external source]*

Brian:

Plaintiffs do not consent to the transfer.

Moreover, given our scheduled depositions it may be good to have a call about this matter.

Please let me know if you have any time tomorrow available.

Heidi


**Heidi T. Sharp**



**The Sharp Firm**
43260 Garfield, Suite 280
Clinton Twp., MI 48038
*(586) 226-2627*
*(586) 226-2630 - fax*
Heidi@sharpfirmlaw.com
www.sharpfirmlaw.com


**From:** Lee, Brian D. <brian.lee@ogletree.com>
**Sent:** Friday, March 14, 2025 9:07 AM
**To:** Heidi Sharp <heidi@sharpfirmlaw.com>
**Cc:** Peter Camps <peter@sharpfirmlaw.com>; Larry Kerr <lkerr@westpalawyers.com>; Tara Adams <tara@sharpfirmlaw.com>; Tankle, Lee E. <lee.tankle@ogletreedeakins.com>
**Subject:** RE: Greenberg, et al. v Johnson Controls [ODNSS-OGL.044896.001154]


Heidi:  We plan to request that the Greenberg matter be transferred to the Eastern District of Wisconsin following Wednesday's ruling in the Southern District of New York transferring the SIP cases there to Wisconsin. Please let us know if Plaintiffs will consent to the transfer to avoid motion practice. Thank you.


**Brian D. Lee | Ogletree Deakins**
10 Madison Avenue, Suite 400 | Morristown, NJ 07960 | Telephone: 973-630-2306
brian.lee@ogletree.com | www.ogletree.com | Bio

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*