# Exhibit H

## Heidi Sharp

| | |
|---|---|
| **From:** | Peter Camps |
| **Sent:** | Tuesday, April 22, 2025 2:37 PM |
| **To:** | Bulea, Donald (Doni) C. |
| **Cc:** | Tara Adams; Heidi Sharp |
| **Subject:** | RE: JCI Cases - Blake Ewing Deposition Adjournment |

Good Afternoon Doni,

Given the scheduling order and the three extensions we have already obtained, I need to keep the date for Ewing for our Oakland County cases. I anticipate that further discovery will arise out of the deposition, and will need the remaining time for that.

Thanks

Peter

**From:** Bulea, Donald (Doni) C. <donald.bulea@ogletree.com>
**Sent:** Tuesday, April 22, 2025 2:13 PM
**To:** Peter Camps <peter@sharpfirmlaw.com>
**Subject:** JCI Cases - Blake Ewing Deposition Adjournment

Peter – given the venue transfers and current briefing on discovery status in several of the other cases your firm is handling, I'd like to adjourn Blake Ewing's deposition currently noticed for May 2 so that, per your prior discussions with Mami, she can be deposed one time for use in all cases in the interest of judicial economy. Please confirm and provide some dates in June or July that would work on your end. Thank you.

**Donald (Doni) C. Bulea | Ogletree Deakins, PLLC**
34977 Woodward Avenue, Suite 300 | Birmingham, MI 48009 | Telephone: 248-723-6120
donald.bulea@ogletree.com | www.ogletree.com | Bio
Licensed in Ohio and Michigan

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*