# Exhibit I

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| JONATHAN GREENBERG, CHRISTOPHER GALE, ROBERT GIZA, and MICHAEL TURRIZIANI, | : : : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| v. | : : | Case No.: 2:24-cv-02521 |
| JOHNSON CONTROLS, INC., | : : | |
| Defendant. | : : | |

## NOTICE OF DEPOSITION OF PLAINTIFF JONATHAN GREENBERG

**TO:**   Heidi T. Sharp
**THE SHARP FIRM**
43260 Garfield Road, Suite 280
Clinton Township, MI 48038
heidi@sharpfirmlaw.com

Lawrence D. Kerr
**TREMBA, KINNEY, GREINER & KERR LLC**
302 West Otterman Street
Greensburg, PA 15601
Lkerr@westpalawyers.com

PLEASE TAKE NOTICE that the attorneys for Defendant Johnson Controls, Inc. ("Defendant") will take the deposition of **Plaintiff Jonathan Greenberg** by oral examination recorded by videographic and/or stenographic means before an officer duly qualified to administer oaths at the offices of **Ogletree, Deakins, Nash, Smoak, & Stewart, P.C., 1735 Market Street, Suite 3000, Philadelphia, PA 19103**, on **Friday, January 31, 2025**, commencing at **9:00 a.m.** and continuing thereafter from day to day until the same shall be completed.

*{Signature page follows}*

1

Respectfully submitted,

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*/s/ Lee E. Tankle*
Lee E. Tankle, Esq.
1735 Market Street, Suite 3000
Philadelphia, PA 19103
(215) 995-2831 (Phone)
lee.tankle@ogletree.com

Brian D. Lee, Esq.
10 Madison Avenue, Suite 400
Morristown, New Jersey 07960
(973) 630-2306 (Phone)
Brian.Lee@ogletree.com

Dated: January 17, 2025                    *Attorneys for Defendant*

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| JONATHAN GREENBERG, CHRISTOPHER GALE, ROBERT GIZA, and MICHAEL TURRIZIANI, | : : : : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| v. | : : | Case No.: 2:24-cv-02521 |
| JOHNSON CONTROLS, INC., | : : | |
| Defendant. | : : : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of January, 2025, I caused the foregoing Notice of

Deposition to be served via email upon the following:

Heidi T. Sharp
**THE SHARP FIRM**
43260 Garfield Road, Suite 280
Clinton Township, MI 48038
heidi@sharpfirmlaw.com

Lawrence D. Kerr
**TREMBA, KINNEY, GREINER & KERR LLC**
302 West Otterman Street
Greensburg, PA 15601
Lkerr@westpalawyers.com

*Attorneys for Plaintiffs*

                **OGLETREE, DEAKINS, NASH,
                SMOAK & STEWART, P.C.**

                */s/ Lee E. Tankle*
                Lee E. Tankle, Esq.

                *Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| JONATHAN GREENBERG, CHRISTOPHER GALE, ROBERT GIZA, and MICHAEL TURRIZIANI, | : : : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| v. | : : | Case No.: 2:24-cv-02521 |
| JOHNSON CONTROLS, INC., | : : | |
| Defendant. | : : | |

### NOTICE OF DEPOSITION OF PLAINTIFF CHRISTOPHER GALE

**TO:**  Heidi T. Sharp
**THE SHARP FIRM**
43260 Garfield Road, Suite 280
Clinton Township, MI 48038
heidi@sharpfirmlaw.com

Lawrence D. Kerr
**TREMBA, KINNEY, GREINER & KERR LLC**
302 West Otterman Street
Greensburg, PA 15601
Lkerr@westpalawyers.com

PLEASE TAKE NOTICE that the attorneys for Defendant Johnson Controls, Inc. ("Defendant") will take the deposition of **Plaintiff Christopher Gale** by oral examination recorded by videographic and/or stenographic means before an officer duly qualified to administer oaths at the offices of **Ogletree, Deakins, Nash, Smoak, & Stewart, P.C., 1735 Market Street, Suite 3000, Philadelphia, PA 19103**, on **Thursday, January 30, 2025**, commencing at **9:30 a.m.** and continuing thereafter from day to day until the same shall be completed.

*{Signature page follows}*

1

Respectfully submitted,

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*/s/ Lee E. Tankle*
Lee E. Tankle, Esq.
1735 Market Street, Suite 3000
Philadelphia, PA 19103
(215) 995-2831 (Phone)
lee.tankle@ogletree.com

Brian D. Lee, Esq.
10 Madison Avenue, Suite 400
Morristown, New Jersey 07960
(973) 630-2306 (Phone)
Brian.Lee@ogletree.com

Dated: January 17, 2025                    *Attorneys for Defendant*

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JONATHAN GREENBERG,
CHRISTOPHER GALE, ROBERT GIZA,
and MICHAEL TURRIZIANI,

        Plaintiffs,

        v.

JOHNSON CONTROLS, INC.,

        Defendant.

CIVIL ACTION

Case No.: 2:24-cv-02521

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of January, 2025, I caused the foregoing Notice of Deposition to be served via email upon the following:

Heidi T. Sharp
**THE SHARP FIRM**
43260 Garfield Road, Suite 280
Clinton Township, MI 48038
heidi@sharpfirmlaw.com

Lawrence D. Kerr
**TREMBA, KINNEY, GREINER & KERR LLC**
302 West Otterman Street
Greensburg, PA 15601
Lkerr@westpalawyers.com

*Attorneys for Plaintiffs*

        **OGLETREE, DEAKINS, NASH,
        SMOAK & STEWART, P.C.**

        */s/ Lee E. Tankle*
        Lee E. Tankle, Esq.

        *Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| JONATHAN GREENBERG, CHRISTOPHER GALE, ROBERT GIZA, and MICHAEL TURRIZIANI, | : : : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| v. | : : | Case No.: 2:24-cv-02521 |
| JOHNSON CONTROLS, INC., | : : | |
| Defendant. | : : : | |

**NOTICE OF DEPOSITION OF PLAINTIFF ROBERT GIZA**

**TO:**    Heidi T. Sharp
**THE SHARP FIRM**
43260 Garfield Road, Suite 280
Clinton Township, MI 48038
heidi@sharpfirmlaw.com

Lawrence D. Kerr
**TREMBA, KINNEY, GREINER & KERR LLC**
302 West Otterman Street
Greensburg, PA 15601
Lkerr@westpalawyers.com

PLEASE TAKE NOTICE that the attorneys for Defendant Johnson Controls, Inc. ("Defendant") will take the deposition of **Plaintiff Robert Giza** by oral examination recorded by videographic and/or stenographic means before an officer duly qualified to administer oaths at the offices of **Ogletree, Deakins, Nash, Smoak, & Stewart, P.C., 1735 Market Street, Suite 3000, Philadelphia, PA 19103**, on **Thursday, January 30, 2025**, commencing at **1:00 p.m.** and continuing thereafter from day to day until the same shall be completed.

*{Signature page follows}*

1

Respectfully submitted,

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*/s/ Lee E. Tankle*
Lee E. Tankle, Esq.
1735 Market Street, Suite 3000
Philadelphia, PA 19103
(215) 995-2831 (Phone)
lee.tankle@ogletree.com

Brian D. Lee, Esq.
10 Madison Avenue, Suite 400
Morristown, New Jersey 07960
(973) 630-2306 (Phone)
Brian.Lee@ogletree.com

Dated: January 17, 2025                    *Attorneys for Defendant*

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JONATHAN GREENBERG,
CHRISTOPHER GALE, ROBERT GIZA,
and MICHAEL TURRIZIANI,

     Plaintiffs,

  v.

JOHNSON CONTROLS, INC.,

     Defendant.

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION

Case No.: 2:24-cv-02521

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of January, 2025, I caused the foregoing Notice of

Deposition to be served via email upon the following:

    Heidi T. Sharp
    **THE SHARP FIRM**
    43260 Garfield Road, Suite 280
    Clinton Township, MI 48038
    heidi@sharpfirmlaw.com

    Lawrence D. Kerr
    **TREMBA, KINNEY, GREINER & KERR LLC**
    302 West Otterman Street
    Greensburg, PA 15601
    Lkerr@westpalawyers.com

    *Attorneys for Plaintiffs*

      **OGLETREE, DEAKINS, NASH,
      SMOAK & STEWART, P.C.**

      */s/ Lee E. Tankle*
      Lee E. Tankle, Esq.

      *Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| JONATHAN GREENBERG, CHRISTOPHER GALE, ROBERT GIZA, and MICHAEL TURRIZIANI, | : : : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| v. | : : | Case No.: 2:24-cv-02521 |
| JOHNSON CONTROLS, INC., | : : | |
| Defendant. | : : : | |

**NOTICE OF DEPOSITION OF PLAINTIFF MICHAEL TURRIZIANI**

**TO:**   Heidi T. Sharp
**THE SHARP FIRM**
43260 Garfield Road, Suite 280
Clinton Township, MI 48038
heidi@sharpfirmlaw.com

Lawrence D. Kerr
**TREMBA, KINNEY, GREINER & KERR LLC**
302 West Otterman Street
Greensburg, PA 15601
Lkerr@westpalawyers.com

PLEASE TAKE NOTICE that the attorneys for Defendant Johnson Controls, Inc. ("Defendant") will take the deposition of **Plaintiff Michael Turriziani** by oral examination recorded by videographic and/or stenographic means before an officer duly qualified to administer oaths at the offices of **Ogletree, Deakins, Nash, Smoak, & Stewart, P.C., 1735 Market Street, Suite 3000, Philadelphia, PA 19103**, on **Friday, January 31, 2025**, commencing at **1:00 p.m.** and continuing thereafter from day to day until the same shall be completed.

*{Signature page follows}*

1

Respectfully submitted,

**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**

*/s/ Lee E. Tankle*
Lee E. Tankle, Esq.
1735 Market Street, Suite 3000
Philadelphia, PA 19103
(215) 995-2831 (Phone)
lee.tankle@ogletree.com

Brian D. Lee, Esq.
10 Madison Avenue, Suite 400
Morristown, New Jersey 07960
(973) 630-2306 (Phone)
Brian.Lee@ogletree.com

Dated: January 17, 2025                    *Attorneys for Defendant*

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| JONATHAN GREENBERG, CHRISTOPHER GALE, ROBERT GIZA, and MICHAEL TURRIZIANI, | : : : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| v. | : : | Case No.: 2:24-cv-02521 |
| JOHNSON CONTROLS, INC., | : : | |
| Defendant. | : : | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January, 2025, I caused the foregoing Notice of

Deposition to be served via email upon the following:

Heidi T. Sharp
**THE SHARP FIRM**
43260 Garfield Road, Suite 280
Clinton Township, MI 48038
heidi@sharpfirmlaw.com

Lawrence D. Kerr
**TREMBA, KINNEY, GREINER & KERR LLC**
302 West Otterman Street
Greensburg, PA 15601
Lkerr@westpalawyers.com

*Attorneys for Plaintiffs*

**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**

/s/ *Lee E. Tankle*
Lee E. Tankle, Esq.

*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JONATHAN GREENBERG, :
CHRISTOPHER GALE, ROBERT GIZA, :
and MICHAEL TURRIZIANI, :
 :
   Plaintiffs, :   CIVIL ACTION
 :
   v. :   Case No.: 2:24-cv-02521
 :
JOHNSON CONTROLS, INC., :
 :
   Defendant. :

### NOTICE OF DEPOSITION OF PLAINTIFF JONATHAN GREENBERG

**TO:** Heidi T. Sharp
   **THE SHARP FIRM**
   43260 Garfield Road, Suite 280
   Clinton Township, MI 48038
   heidi@sharpfirmlaw.com

   Lawrence D. Kerr
   **TREMBA, KINNEY, GREINER & KERR LLC**
   302 West Otterman Street
   Greensburg, PA 15601
   Lkerr@westpalawyers.com

PLEASE TAKE NOTICE that the attorneys for Defendant Johnson Controls, Inc.

("Defendant") will take the deposition of **Plaintiff Jonathan Greenberg** by oral examination

recorded by videographic and/or stenographic means before an officer duly qualified to administer

oaths at the offices of **Ogletree, Deakins, Nash, Smoak, & Stewart, P.C., 1735 Market Street,**

**Suite 3000, Philadelphia, PA 19103**, on **Friday, April 4, 2025**, commencing at **9:00 a.m.** and

continuing thereafter from day to day until the same shall be completed.


*{Signature page follows}*


1

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*/s/ Lee E. Tankle*

Lee E. Tankle, Esq.
1735 Market Street, Suite 3000
Philadelphia, PA 19103
(215) 995-2831 (Phone)
lee.tankle@ogletree.com

Brian D. Lee, Esq.
10 Madison Avenue, Suite 400
Morristown, New Jersey 07960
(973) 630-2306 (Phone)
Brian.Lee@ogletree.com

Dated: March 6, 2025          *Attorneys for Defendant*

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JONATHAN GREENBERG, CHRISTOPHER GALE, ROBERT GIZA, and MICHAEL TURRIZIANI, : <br><br> Plaintiffs, : <br><br> v. : <br><br> JOHNSON CONTROLS, INC., : <br><br> Defendant. : | CIVIL ACTION <br><br> Case No.: 2:24-cv-02521 |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of March, 2025, I caused the foregoing Notice of Deposition to be served via email upon the following:

Heidi T. Sharp
**THE SHARP FIRM**
43260 Garfield Road, Suite 280
Clinton Township, MI 48038
heidi@sharpfirmlaw.com

Lawrence D. Kerr
**TREMBA, KINNEY, GREINER & KERR LLC**
302 West Otterman Street
Greensburg, PA 15601
Lkerr@westpalawyers.com

*Attorneys for Plaintiffs*

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*/s/ Lee E. Tankle*
Lee E. Tankle, Esq.

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JONATHAN GREENBERG,
CHRISTOPHER GALE, ROBERT GIZA,
and MICHAEL TURRIZIANI,

     Plaintiffs,

    v.

JOHNSON CONTROLS, INC.,

     Defendant.

CIVIL ACTION

Case No.: 2:24-cv-02521

## NOTICE OF DEPOSITION OF PLAINTIFF CHRISTOPHER GALE

**TO:** Heidi T. Sharp
   **THE SHARP FIRM**
   43260 Garfield Road, Suite 280
   Clinton Township, MI 48038
   heidi@sharpfirmlaw.com

   Lawrence D. Kerr
   **TREMBA, KINNEY, GREINER & KERR LLC**
   302 West Otterman Street
   Greensburg, PA 15601
   Lkerr@westpalawyers.com

PLEASE TAKE NOTICE that the attorneys for Defendant Johnson Controls, Inc. ("Defendant") will take the deposition of **Plaintiff Christopher Gale** by oral examination recorded by videographic and/or stenographic means before an officer duly qualified to administer oaths at the offices of **Ogletree, Deakins, Nash, Smoak, & Stewart, P.C., 1735 Market Street, Suite 3000, Philadelphia, PA 19103**, on **Thursday, April 3, 2025**, commencing at **9:30 a.m.** and continuing thereafter from day to day until the same shall be completed.

*{Signature page follows}*

1

Respectfully submitted,

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*/s/ Lee E. Tankle*
Lee E. Tankle, Esq.
1735 Market Street, Suite 3000
Philadelphia, PA 19103
(215) 995-2831 (Phone)
lee.tankle@ogletree.com

Brian D. Lee, Esq.
10 Madison Avenue, Suite 400
Morristown, New Jersey 07960
(973) 630-2306 (Phone)
Brian.Lee@ogletree.com

Dated: March 6, 2025                    *Attorneys for Defendant*

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JONATHAN GREENBERG, CHRISTOPHER GALE, ROBERT GIZA, and MICHAEL TURRIZIANI, | : : : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| v. | : : | Case No.: 2:24-cv-02521 |
| JOHNSON CONTROLS, INC., | : : | |
| Defendant. | : : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of March, 2025, I caused the foregoing Notice of Deposition to be served via email upon the following:

Heidi T. Sharp
**THE SHARP FIRM**
43260 Garfield Road, Suite 280
Clinton Township, MI 48038
heidi@sharpfirmlaw.com

Lawrence D. Kerr
**TREMBA, KINNEY, GREINER & KERR LLC**
302 West Otterman Street
Greensburg, PA 15601
Lkerr@westpalawyers.com

*Attorneys for Plaintiffs*

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*/s/ Lee E. Tankle*
Lee E. Tankle, Esq.

*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| JONATHAN GREENBERG, CHRISTOPHER GALE, ROBERT GIZA, and MICHAEL TURRIZIANI, | : : : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| v. | : : | Case No.: 2:24-cv-02521 |
| JOHNSON CONTROLS, INC., | : : | |
| Defendant. | : : | |

**NOTICE OF DEPOSITION OF PLAINTIFF ROBERT GIZA**

**TO:**   Heidi T. Sharp
**THE SHARP FIRM**
43260 Garfield Road, Suite 280
Clinton Township, MI 48038
heidi@sharpfirmlaw.com

Lawrence D. Kerr
**TREMBA, KINNEY, GREINER & KERR LLC**
302 West Otterman Street
Greensburg, PA 15601
Lkerr@westpalawyers.com

PLEASE TAKE NOTICE that the attorneys for Defendant Johnson Controls, Inc. ("Defendant") will take the deposition of **Plaintiff Robert Giza** by oral examination recorded by videographic and/or stenographic means before an officer duly qualified to administer oaths at the offices of **Ogletree, Deakins, Nash, Smoak, & Stewart, P.C., 1735 Market Street, Suite 3000, Philadelphia, PA 19103**, on **Thursday, April 3, 2025**, commencing at **1:00 p.m.** and continuing thereafter from day to day until the same shall be completed.

*{Signature page follows}*

1

Respectfully submitted,

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*/s/ Lee E. Tankle*
Lee E. Tankle, Esq.
1735 Market Street, Suite 3000
Philadelphia, PA 19103
(215) 995-2831 (Phone)
lee.tankle@ogletree.com

Brian D. Lee, Esq.
10 Madison Avenue, Suite 400
Morristown, New Jersey 07960
(973) 630-2306 (Phone)
Brian.Lee@ogletree.com

Dated: March 6, 2025                  *Attorneys for Defendant*

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| JONATHAN GREENBERG, CHRISTOPHER GALE, ROBERT GIZA, and MICHAEL TURRIZIANI, | : : : : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| v. | : : | Case No.: 2:24-cv-02521 |
| JOHNSON CONTROLS, INC., | : : | |
| Defendant. | : : : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of March, 2025, I caused the foregoing Notice of Deposition to be served via email upon the following:

Heidi T. Sharp
**THE SHARP FIRM**
43260 Garfield Road, Suite 280
Clinton Township, MI 48038
heidi@sharpfirmlaw.com

Lawrence D. Kerr
**TREMBA, KINNEY, GREINER & KERR LLC**
302 West Otterman Street
Greensburg, PA 15601
Lkerr@westpalawyers.com

*Attorneys for Plaintiffs*


**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**

*/s/ Lee E. Tankle*
Lee E. Tankle, Esq.

*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| JONATHAN GREENBERG, CHRISTOPHER GALE, ROBERT GIZA, and MICHAEL TURRIZIANI, | : : : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| v. | : : : | Case No.: 2:24-cv-02521 |
| JOHNSON CONTROLS, INC., | : : | |
| Defendant. | : : | |

## <u>NOTICE OF DEPOSITION OF PLAINTIFF MICHAEL TURRIZIANI</u>

**TO:**  Heidi T. Sharp
**THE SHARP FIRM**
43260 Garfield Road, Suite 280
Clinton Township, MI 48038
heidi@sharpfirmlaw.com

Lawrence D. Kerr
**TREMBA, KINNEY, GREINER & KERR LLC**
302 West Otterman Street
Greensburg, PA 15601
Lkerr@westpalawyers.com

PLEASE TAKE NOTICE that the attorneys for Defendant Johnson Controls, Inc. ("Defendant") will take the deposition of **Plaintiff Michael Turriziani** by oral examination recorded by videographic and/or stenographic means before an officer duly qualified to administer oaths at the offices of **Ogletree, Deakins, Nash, Smoak, & Stewart, P.C., 1735 Market Street, Suite 3000, Philadelphia, PA 19103**, on **Friday, April 4, 2025**, commencing at **1:00 p.m.** and continuing thereafter from day to day until the same shall be completed.

*{Signature page follows}*

1

2

Respectfully submitted,

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*/s/ Lee E. Tankle*
Lee E. Tankle, Esq.
1735 Market Street, Suite 3000
Philadelphia, PA 19103
(215) 995-2831 (Phone)
lee.tankle@ogletree.com

Brian D. Lee, Esq.
10 Madison Avenue, Suite 400
Morristown, New Jersey 07960
(973) 630-2306 (Phone)
Brian.Lee@ogletree.com

Dated: March 6, 2025                    *Attorneys for Defendant*

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| JONATHAN GREENBERG, CHRISTOPHER GALE, ROBERT GIZA, and MICHAEL TURRIZIANI, | : : : : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| v. | : : | Case No.: 2:24-cv-02521 |
| JOHNSON CONTROLS, INC., | : : | |
| Defendant. | : : : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of March, 2025, I caused the foregoing Notice of Deposition to be served via email upon the following:

> Heidi T. Sharp
> **THE SHARP FIRM**
> 43260 Garfield Road, Suite 280
> Clinton Township, MI 48038
> heidi@sharpfirmlaw.com
>
> Lawrence D. Kerr
> **TREMBA, KINNEY, GREINER & KERR LLC**
> 302 West Otterman Street
> Greensburg, PA 15601
> Lkerr@westpalawyers.com
>
> *Attorneys for Plaintiffs*

> **OGLETREE, DEAKINS, NASH,
> SMOAK & STEWART, P.C.**
>
> */s/ Lee E. Tankle*
> Lee E. Tankle, Esq.
>
> *Attorneys for Defendant*