**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

JONATHAN GREENBERG, CHRISTOPHER GALE,
ROBERT GIZA and MICHAEL TURRIZIANI,

        *Plaintiffs,*

v.

JOHNSON CONTROLS, INC.,

        *Defendant.*

---

CIVIL ACTION

Case No: 24-02521-GAW
Hon. Gail A. Weilheimer

## ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of Defendant

Johnson Controls, Inc.'s Motion for Change of Venue to U.S. District Court for the Eastern District

of Wisconsin, it is ORDERED that the Motion is denied in its entirety.

This is not a final Order and does not close the case.

 

_____
HON. GAIL A. WEILHEIMER
United States District Judge