IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHNATHAN GREENBERG,
CHRISTOPHER GALE, ROBERT GIZA, and
MICHAEL TURRIZIANI

     Plaintiffs,

v.

JOHNSON CONTROLS, INC.,

     Defendant.

Civil Action

No. 2:24-cv-02521

## ORDER

AND NOW this 10th day of July, 2025 for the reasons stated in the Memorandum Opinion the following is hereby ORDERED:

1. Plaintiff's Motion to Compel and Motion for Sanctions (DKT. 36) is DENIED.

2. Defendant's Motion to Transfer Venue (DKT. 33) is GRANTED.

3. The Clerk of Court shall transfer this matter to the District Court for the Eastern District of Wisconsin.

BY THE COURT:

_____
GAIL A. WEILHEIMER, J.